**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff,<br><br>V.<br><br>JONATHAN DANIEL MITCHEM<br>　　Defendant. | CRIMINAL 5:23-CR-68-KKC-MAS-1<br><br><br>**ORDER** |

*** *** ***

This matter was referred to Magistrate Judge Stinnett for the purpose of conducting rearraignment proceedings for the above defendant. The Magistrate Judge has filed a recommendation (DE 24) that the Court accept the defendant's guilty plea and that the defendant be adjudged guilty of Count 1 of the Indictment. No objections have been filed and, having reviewed the record, the Court finds that the Magistrate Judge satisfied all requirements of Federal Rule of Criminal Procedure and the United States Constitution. Accordingly, the Court hereby adopts the Magistrate Judge's Recommendation and accepts the defendant's plea of guilty.

　　This 15th day of September, 2023.

*[Signature: Karen K. Caldwell]*
KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY